UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Lowell Baker_                    **12** CV 02027

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_New York City Department of Correction_

_Dora B. Schriro_
_Commissioner of New York City of Correction_
_Robert N. Cripps_
_Warden of Anna M Kross Center / C-95_
_Michael R. Blumberg_
_New York City Mayor_
_Raymond Kelly_
_Commissioner of New York City Police Department_

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED MAR 16 2012 PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _Lowell Baker_
             ID # _895-11-00577_
             Current Institution _Anna M. Kross Center / C-95_
             Address _18-18 Hazen Street, East Elmhurst,_
             _New York 11370_

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _Dora B. Schriro_    Shield # _____
                   Where Currently Employed _New York City Department of Correction_
                   Address _75-20 Astoria Boulevard_
                   _East Elmhurst, New York 11370_

Rev. 05/2010                          1

**Defendant 2** Name  ROBERT N. CRIPPS
Where Currently Employed  ANNA M KROSS CENTER (C-95)
Address  18-18 HAZEN Street, EAST Elmhurst New York 11370

**Defendant 3** Name  Michael R. Blumberg
Where Currently Employed  NEW YORK City
Address  New York, N.Y. 10007

**Defendant 4** Name  RAYMOND KELLY
Where Currently Employed
Address  1 Police Plaza New York, N.Y. 10038

**Defendant 5** Name
Where Currently Employed
Address

D.  Facts: [What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

Ever since being incarcerated by the New York City Police Department, and being held beyond my will by the Department of Correction City of New York (Rickers Island), my life, health, and wellbeing has been drasticly and sevairly threaten; as still is the case at present. Not wanting to do what I have now been forced to do due to the willfull neglect and ignoreing of my constant complain and grievances to D.O.C staff and officers, I tryed to servive on what little I could - it however has now reach to an acceptable condition not fitting for animal, more so mankind. Before proceeding any further, it is in the best of intrest that I bring to your attention the extremeity of my meal/diet consumtion which consist of an extreme vegan diet. Such diet has to be cearfully and timely administrated, due to first, a sevair health condition, fallowed by my religious practice, which not by the doctrin of men, but rather by the authentic teaching of the Bible, commend us to live a life of meatless consumption for the promotion of health and wellbeing. "This I'll embark more on later." Full detail of all information pertain to complain are laid out on the fallowing pages which I pray will outline all and every fact for proper administration and judgement.

## III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Mental, physical, and Biological torture. 2) Extreme loss of visual 3) Dizziness. 4) Sevair head pain 5) Exhaustion and weryness 6) Weight loss .... etc All these are a few of the contributing factor that are a result from the lack of nutrient, calaries, and proper diet not being recieve. Apart from priscription glasses, no other medical treatment was render. I required proper dietary treatment which has been denined.

## IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

I, in full detail to the best of my ability, now embark on the full nature and events which forces me to act in the manner in which I am now doing.

I would like to start by noting that, I am a member of a small percentage/body of Israelite and Jews who in their conviction has accepted the Bible in it's entirety (Genesis to Revelation), and live by it's every precepts, laws, commandments, and statute. Though seen and known as Jews due to our dress, health, and spiritual reformity, which in all reality is o.k. and acceptable, we never-the-less rather be known as "Yah-Wehans." By such, we demonstrate the only single, true, and pure religion existing from the foundation of the world when all of mankind were known to be one, with one true brotherly love, and before there was any division among us, cause by the adoption of modern religion which does nothing but seperate us from ourself and G-d. None-the-less, we fail not to acknowledge the fact that, like all those known as Jews, we too are of the decendant of Abraham, Isaac, and Jacob.

The health reformity practice by us and myself, is that of the organic diet piscible for all mankind from the foundation of the world creation. Such diet was, as still is, G-d intentions for us before ever there was sin, and still remain in such state long after sin became apart of us. And will be restored, in the world made new. Grounds of such dietary practice can be found in books of Genesis 1:12, 29 ; Psalms 104:14 ; Ezekiel 47:12 ; Daniel 1:12-16; Revelation 2:7, 22:2. The religious nature for such extreme and strict health diet, is for the sole purpose in keeping and maintaining a healthy body and mind, and the prevention of desease from entering within, rather than waiting untill damage occurs to which we (mankind) then start seeking solution "an ounce of prevention, is better than a ton of cure."

"MEDICAL HEALTH CONDITIONS"

I would now turn your attention to the most important matter for the purpose of this suit, a matter I consider of most detriment, my medical and physical health condition.

From a tender childhood age, I was diagnose with critical intestinal, gastric condition. Such condition, in the progress of time, escalat to colon inflamation followed by ulcer, which leave me with an ending result of what is known as an "epigastic hernia." Ultimately, I end up had to be operated on. Due to the severaisety of such condition, even after the completion of the operation, I had was to be placed, by the direction of medical profession, on the most extreme vegan diet which not only involve type of meal consume, but also time. Such condition if ignored, was highlighed to me, can and will result in my condition reoccuring and even worsting. For such, and by this, I was led; not just now for religious purpose, but now for health, to embrace the strictest form of vegan diet. Thus, illiminating the consumtion of all and any kind of meat and meat by product, daicy, procen food, artificial sweets and sweetness, alcohol, synthetic food, too much fruit high in acid, white starch... etc but not limited to.

By virtue of such extreme diet which has been practiced for almost my entire life existence, my body has build up a natural recognition mechanism that easily and immediately triges off if ever, or when ever any form of foreign matter, particles and or food enter within. For such most of the meal provided by D.O.C, has to be rejected for the prevention of inflicting self infliction. Never-the-less, doing such, because of the improper nutrient given to detainee by D.O.C, has causes damages that has been brought upon me and which I continue to face as long as this system continue to operate in such in-humain conditions. Conditions in which New York city police department and D.O.C continue to incarcerate people for excessive period of time in which they do, for frivolous cases/crime, of which can be dealth with while

from the comfort of general society (G.S.). Such an act by the N.Y.P.D and D.O.C, is without doubth for the sole purpose of financial gain; where again people are placed in confinment, put through the worst in-humain condition untill they physiologically, mentally, and physically break and cap out to crime, most of which are fabricated nor never happen. Most of what I now face and am going through is a result from the food and environ-mental condition (poluted) that bambarded this island.

If all the information to the best of my ability, in the most occadomical manner was to be stated of all that I have been through and endure, I still believe that there would be a lot more in which I could be more exhausive with. So it is my hope that with what little I will now embark on, much will be obtain.

All the information stated so far has been explain to various civil workers in both the medical and mental health department of D.O.C, as well as officers. Dispite such, little but no result have been obtain. Dispite my knowledge on the issue of health, it is with clear and convincing evidence to anyone who is accustom to good, healthy, and wholesome food that the food served here by D.O.C is among the worst kind and class of food served to mankind. No one should have to endure eating these kind of improper, over stored, expired, freezer drained, un-nutritional, over cooked food. The excuse primarily used for the outcome of the food preperation is due to the mass population that has to be fed. It should be a crime to make such an unacceptable statement, for throughout history where large body of people have gather and meal is being catered, such is done with pride and time involve. Along with myself, we are treated as animal and thus given food fitting for such. I pray you are mind-full of the article in the media of last year (2011), when after the discovering of meat being rotten, was suggested to feed the detainee with. Such incident is not the first, nor will it be the last if it is not stop by proper supervision. It has been brought to my attention that food store here in deep freez, is done so beyond weeks and months at time, which after being remove for preperation is totally

depleated of nutrient. Fridge does not preserve food, it only slow down the decomposing growth. Therefore, leaving it in it for excessive period of time will result in eating dead, desease ridden un-nutritional food.

"Physical Encounter"

The meal dispatch to me daily, sometime not at all, from the mess hall under the category of veganism is no where near such. Removing meat from a meal, which is such in my case, then sending or serving any and everything else, does not constitute it as vegan.

All the food served to me, except for fresh vegitable which is a scarcity, are extremely, and I emphasize, extremely over cooked. They, primary vegitable are served swimming in pool of water in which all, what ever nutrient may have been left in them after being remove from freezer storage. All that they send to me is nothing but empty trash. Most of which I have to refuse not only because it has no nutrient in it, but because most time it is serve with additives which is an endangerment to my medical condition. Point of reference, "Mashed irish potatoes." After long and exhousive debate with officers who try convincing me that there is no milk in such, I decide to try it, only to take ill shortly after. I then was once by the dietetion that it does. Milk product tend to be high in saturated fat. Many people like myself cannot digest the sugar (lactose in milk and like myself also experience irritation of the immune system, stomach, and internal organ such as the colon). This is a particular problem with cows milk. The only way to prevent my gastrointestinal allergies from reacting is avoiding all and any product containing such product. Yet with all my effort in try to explain this and many more, the items unacceptable keep comming.

Dispite my constant effort in trying to solve this most important matter with the health department of D.O.C., I have recieve nothing which could aid my needs. If anything was done, I would have to say it was the replacement of kidney bean for meat (a proteen substitute). And even with this comes problem.

Most of this kind of bean served, is served straight from the can or container in which it is stored and ship in. In this case it is only pre cooked, thus still being filled with toxin. Consumption of too much in this form is harmful to my condition. So still again, I'm limited.

Calories intake according to the U.S.F.D.A should be 25,000 to 28,000 per day. Upon calculating the average amount obtain by what little I am able to consume, I am recieveing an average of 950 to possible 1500. Such is obtain from soy milk which I recieve twice per day having to total of 140; kidney bean having 80 x 2 time per day (160); cereal having the highest of 100 which only on occasion recieve two per day (200); bread, six slice, sometimes nine, having 80 c per slice (720); and what ever else that may be consumable such as the mise, canned vegitable. Thanks to the generosivity of fellow detainee, I miraculosly am able to maintain some level of nutrient by means of items recieve in which I am able to substitutely used. Primary item of such is the Ramen noodle soup, sold in the commisory. Only the noodle of these soup I'm able to consume so I would mix such with the beans recieve. On many occasion, I have to use both meal recieve for lunch and dinner to make one meal.

On numerous occasion due to the insufficient quantity as well as the quality of food consume per day, with some days having nothing to eat, I end up endureing pain beyond pain at nights. Sometimes having sleepless night. Reporting sick is of waisted effort, as doing such, in my case would be an act of suicide. I had fail to mention that apart from my health condition, it is against my religious practise to put any form of drug in my body; and even if I did decide to try, I would react negatively towards it. This I say base on past experience. The jail in which I am presently being housed is known as the drug jail. Most of the detainee here, are here because of such, and for ever medical

problem one has, that seem to be the first and only solution. This leave me to the conclusion that ous (the detainee) only purpose of being here is for the obtaining of money through man incarceration and the phamaceutical drug industry.

"DAMAGE SUSTAIN"

Since facing and going through this un going situation in which I patiently and effortlessly try to resolve with the staff and officer of D.O.C. I have gain nothing but mental and physical deteriation. For such I am left with little but no choice to submit this claim for the damage I have obtain and am continueing, and will continue to obtain as long as I am being detain here. I have drastically lost visual to the point where, without glasses, all I can see is imagery of a person beyond certain close range distance, but am not able to distinguish whom such a person is. I am suffering from constant, and very sharp head pain. For such a test was done and up to now I cannot be called to be notify what the problem is for such. I have lost weight excessively. Denied medical examination requested by the detetition. Added to those I am making claim for health endangerment, starvation, violation to human right law, violation to first amendment constitutional law..... etc but not limited to.

Mayor Michael Bloomberg of New York, and Raymond Kelly, commissioner of New York Police Department have been named as defendant in this action due to their joint policy of overly aggressive asset policies and mandate. They too are equally responsible for the conditions because the standard of the N.Y.C.D.O.C. standards bears the seal of the city of New York

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

O·B·C·C   G·M·D·C/C-73   AND PRESENTLY A·M·K·C/C-95

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

IN THE FACILITY GRIEVANCE BOX THAT IS

1. Which claim(s) in this complaint did you grieve? All

2. What was the result, if any? VESIT by KITCHEN ADMINISTRATIVE STAFF but NO AMENDENT TO DIET

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

THERE WAS NO DECISION TO APPEAL. THE GRIEVANCE PROCESS DOES NOT PROVIDE ANY STEP FOR GRIEVANCE IGNORED. MY VESIT WAS DUE TO COMPLAIN TO THE WARDEN AND NOT DUE GRIVANCE. GRIEVANCE TO COMMISSIONER WAS REFFER BACK TO GRIEVANCE

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. AFTER Filing grievance of which there was no responce giving sufficient responce time, I submit grievance to the warden of whom I got no responce from. Next to the commissioner who respond several week later reffering me back to grievance. Copies of all document is attach as note.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I AM SEEKING THE AMOUNT OF $2,000,000.00 FOR CALOERIC INTAKE DEPRAVATION which has cause physical impairment to sences; severe weight lost, headaches and exhaustion; mental, physical, emotional and biological tort; violation of human rights and constitutional laws; life endangement in failing to meet up not only to religious practice but primarily health condition... etc but not limited to. I also request the court mandate an order ensuring proper and adicate meal distribution to detainee having similar or any other condition requiring special diet

VI. **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.   Court (if federal court, name the district; if state court, name the county) _____
   _____

   3.   Docket or Index number _____

   4.   Name of Judge assigned to your case _____

   5.   Approximate date of filing lawsuit _____

   6.   Is the case still pending? Yes ____ No ____
       If NO, give the approximate date of disposition _____

   7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

[On other claims]

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
     Yes ____   No ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.   Court (if federal court, name the district; if state court, name the county) _____
   _____

   3.   Docket or Index number _____

   4.   Name of Judge assigned to your case _____

   5.   Approximate date of filing lawsuit _____

   6.   Is the case still pending? Yes ____ No ____
       If NO, give the approximate date of disposition _____

   7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _6_ day of _MARCH_, 20_12_.

| | |
|---|---|
| Signature of Plaintiff | _Lowell Hopps_ |
| Inmate Number | _895-11-00577_ |
| Institution Address | _18-18 HAZEN STREET_ |
| | _EAST Elmhurst, New York_ |
| | _11370_ |

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _6_ day of _MARCH_, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Lowell Hopps_

*Rev. 05/2010*                                                    7

# GRIEVANT'S STAMENT FORM

**FACILITY:** AMKC          **GRIEVANCE #** _____

**GRIEVANT'S NAME:** Lowell Baker     **I.D #** 895 11 00577

**CATEGORY** DIET   **HOUSING AREA** W17 up-A   **DATE** _____

All grievances must be submitted with in 10 business days of incident and should be handwritten by the grievant only. This sheet should be used as a worksheet from which the grievance is typed onto the "Inmate Grievance Form" and remains filed in the grievants folder.

**Grievance:** Due to my current health issue and extreme religious practies, I request your assistance. Being a Hebrew Adventist (Jewdo-Christian), my health and religion forbid me the consumption of any meat, animal by products, drug (phamasutical medication), process & synthatic and or artificial food. I am a vegan. If such my daily needs and requirement of 2800 calories are not being met. I need your immidiate assistance on such or direction to some one who can

**Receipt#** _____

**Action Requested:** Ensure I recieve proper food as with health and religious practise along with the increse of daily calories intake as stated by grievant's and by the FDA

Have you filed this grievance with any other Agency or Court? ___ Yes ✓ No
Have you filed this grievance with the Inspector General's Office? ___ Yes ✓ No

___ Grievant agrees to have his/her statement edited for clarification by IGRC staff.

___ I am requesting that the grievance be written for me by the IGRC staff.

9/28/2011
Date

Lowell Baker
Grievants Signature

M. Federick Tagdatado
Witnessed By

10/5/11

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IG6___348
Qualified in Essex County
My Commission Expires April 09, 2015

GRIEVANT STATEMENT FORM

TO       WARDEN:- Robert N. Cripps   ANNA M. KROSS CENTER (AMKC)
FROM     Lowell Baker              B&C 895 11 00577
CATEGORY                  Dietary Obligation

I submitt this grievance in relation to my health and religious dietary condition which ever since being on this island has been nothing but ignored and violated dispite all the remidies that I have exhausted in trying to get a proper meal that is at lease compatible to my diet. Not wanting to do that which I have now been led to due to the willfull neglect of staff, workers, and officers of this health hazardous island, I try to servive on what little I could. It has however surpass the unacceptable condition not fitting for animal, more so mankind.

On numerous occasion beyond measure, I have tried, patiently, and compassionetly, as well as compromisingly to resolve this matter. As a member of a Jewish Adventist faith, a combination of two identical faith merging as one, it is the doctrin and practist of my faith, but more so of the word of God, my maker and king whoes law I am solely subjected to and in whom my faith stand more than that of any faith and doctrin of man. I am forbidden to practist or indulge in the customary dietary of that which culture, society or the world may consider normal, but rather to stick to a strick and comprehensive diet as priscrible for all mankind from the foundation of the world.

As will notice by the attached grievance, I practist a rather extremely vegan diet. Most, if not all of my dietary consumption is natrually grown and must be consume in its natrual state unless otherwise priscrible by God or expert in the field of natropathic. Such diet nor anything nearby, dispite my willingness to come to some kind of compromisation, has not been met. In fact, it has been ignored in its totallity. At prasent, I have lost and is still loosing weight drastikly along with other factor of my biological build up. My eye

sight has diminish to the point that I have extreme difficulty seeing clearly at a distance of ten feet (10'), and have to be wearing glasses 90% of my day contrary to when I was first incarserated. Many other health issue have been ariving from this dificiency. I need your immediate and ergent intervention so the First Amendment Rights can be effectively administrated.

Nothing that is serve on this Island can be consume by me. The preperation of meal here is over cooked, unacceptable and in my observation and opinion, is not fitting for human consumtion. Moving or transfering me to another facility will resolve nothing, as this applies to the entier Island.

I appoint five (5) days upon reciving of this grivance for a respond or you can be named as a defendant should I choose to litigate.

Truthfully Submitted
by: Lowell Baker

GRIEVANT STATEMENT FORM

TO       Commissioner:- Dora B. Schriro       Headquater of D.O.C
FROM     Lowell Baker                          B&C 895 11 00577
CATEGORY                 Dietary Obligation

You will notice by means of the attach grievance, that this matter concerning my diet which is health and religously has not been met and is still at prasent being violated which I now consider torture and a violation to both the "Human Rights Law", and the Constitution of the United State. For time exceeding more than a month, nothing, and I mean absolutely nothing has been sent to the housing area for me to eat. I am left days upon days to starve. Dispite the none stop effort of officers calling the mess hall to get this matter resolve, nothing but excuse has been sent and given. Had it not been for the generous assistance of other detainee, I by now would without douth been hospitalize for lack of nutrient. Where as they use to send been and soymilk, which still is insufficient and by no where meet close to the percentage of daily value in calories and other vital and pertinent nutrient; I now get nothing except the milk in the morning.

My health, religious and civil rights have been violated beyound irrepairable. I have lost weight beyound size, leaving me now under weight and suffering. I have and at prasent is still loosing visual. My energy level has drop beyound average, I now frequently experience unbearable head pain, just to mention a few of the health issue that has been affected due to the lasting deprivation of proper vegan diet since being incarserated in your facility

I consider it of importance to make mention of the fact that apart from the religious aspect of such extreme dietary practisy, I have bee diagnose and operated on in time past, which forbid the eating of certain food form, most of which is the only meal serve

on this Island. I'm been held in custody under sub-human conditions.

Being the commissioner of the New York City Department of Correction, you are directly responsible for the condition of this facility, my gear, and custody. You are therefore liable should I choose to litigate. Your commandment of this institution has placed me in danger by jeperdizing my health by not upkeeping the needs of health, religious practist and civil right. Through your diliberate indifference, you have violate my constitutionally practist right. Attach is a list of the names and signature, testifying to the fact that I am been deprive of not only nutrient, but meal in its totality.

You have five (5) day in which to respond to this grivance or you can be name as defendant should I choose to litigate

Respectfully submitted
by: Lowell Brober

WITNESS VERIFICATION

I VERIFY TO THE BEST OF MY KNOWLEDGE AND OBSERVATION THAT Lowell Baker, # 895-11-00577, HAS NOT BEEN RECIEVEING MEAl SPECIFY TO his DIAT AND ON MOST DAYS END up going WITHOUT bEING FED DISPITE EFFORT TO gET THE MATTER RESOLVED by VARIOUS OFFICERS

| NAME | B&C # | SIGNATURE |
|---|---|---|
| FEDERICK TAGLIALATELA | 141-11-03809 | Federick Taglialatela |
| Broderick Clifton | 895-10-00997 | Broderick Clifton |
| AZEEM PATRON | 113-11-01170 | Azeem Pat |
| LARRY DAVIS | 14126165 | L. Dav |
| LAMONT LEE | 4411102287 | Lamont Lee |
| RONALY SANTOS | 89511009411 | R____ |
| Johnny Bates | 141-11-00335 | J. Bates |
| WILLIAM RODRIGUEZ | 441-10-13205 | William R___ |
| David Cespedes | 441-10-07565 | ___ |
| ROBERT SANDERS | 349-1103123 | R. Sanders |



NEW YORK CITY DEPARTMENT OF CORRECTION
Dora B. Schriro, Commissioner
Office of the Commissioner

75-20 Astoria Blvd
East Elmhurst, NY 11370

November 17, 2011

Lowell Baker (895-11-00577)
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370

Dear Mr. Hendricks:

The New York City Department of Correction received your letter dated November 7, 2011.

Please be advised that this matter falls under the Department's list of grievable issues and therefore, should be filed with the Inmate Grievance Resolution Program at your facility.

Thank you for contacting the New York City Department of Correction.

Sincerely,

Maggie Peck
Director of Constituent Services

*Visit NEW YORK'S BOLDEST on the Web at: www.nyc.gov/boldest*